PD-1676-15

PD-1676-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/28/2015 2:38:50 PM
Accepted 12/29/2015 3:36:24 PM
ABEL ACOSTA
CLERK

PD._____

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE
## STATE OF TEXAS

**JERIMIAH BAREFIELD**

**V.**          **Appeals No. 04-14-00699-CR**

**THE STATE OF TEXAS**

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, ANGELA MOORE, counsel for JEREMIAH BAREFIELD, and files this motion asking that the Court extend the time for filing the Appellant's petition for discretionary review, and in support thereof, offers the following:

### I.

a.   This case is on appeal from the 227TH District Court of Bexar County, Texas.

b.   The style and number of the cases in the trial court are *The State of Texas v. JERIMIAH BAREFIELD*, Cause Number 2012-CR-6188A.

c.   The Appellant was convicted by the Court of the offense of murder.

d.   Punishment was assessed by the jury at Life in the Texas Department of Criminal Justice – Institutional Division.

e.  The style and number of the case in the Fourth Court of Appeals is *JERIMIAH BAREFILED v. State of Texas*, Appeal Number 04-14-00699-CR.

f.  The Fourth Court of Appeals affirmed Appellant's conviction and sentence in an upublished opinion on November 25, 2015.

g.  The present deadline for filing the Appellant's Petition for Discretionary Review is December 28, 2015.

h.  The Appellant seeks an extension of time of 30 days, suggesting a new due date of January 27, 2016.

i.  This is the Appellant's first request for an extension of time to file the Appellant's petition for discretionary review.

II.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

I.  Counsel has recently completing briefing in the following cases:

a.  *The State of Texas v. Brandon Garzas,* 2015-JUV-00638 & 2015-JUV-00641, Motion for New Trial, filed September 24, 2015;

b.  *Orvil Weddel v. State,* 07-15-00302-CR, Petition for Discretionary Review;

c.  *Eduardo Ruiz v. State,* 2007-CR-4886W1, Writ of Habeas Corpus, filed October 14, 2015 & Memorandum on Writ of Habeas Corpus, filed October 29, 2015;

II. Counsel is currently completing briefing in the following cases:

a. *Reynaldo Garcia v. State,* Writ of Habeas Corpus

b. *Daniel Garcia v. State,* Writ of Habeas Corpus

c. *Joshua Chris Meadoux v. State,* Writ of Habeas Corpus

d. *The United State of America v. Jeffrey Perry,* 15-50973;

e. *The United States of America v. Jeremiah Martinez,* 14-CR-00977(1)-OLG

f. *Perry Mayfield v. State;* 04-14-00274-CR, Writ of Habeas Corpus;

g. *Oscar Guevara-Mata v. State;* 04-12-00436-CR, Writ of Habeas Corpus

h. *Charles Finch v.* State; 04-15-00502-CR

III.

A criminal appellant, just like a criminal defendant at trial, is entitled to the adequate and effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W. 2d 794 (Tex.Crim.App. 1987). In order to be able to accurately identify and effectively brief all the potential issues presented in this case, counsel for Appellant needs additional time to review the record and conduct the necessary research to adequately prepare Appellant's Petition for Discretionary Review. This

request is made pursuant to Tex. R. App. P. 68.2 (c).

IV.

Therefore, for the above reasons, Counsel for Appellant prays that the Court grant an extension of time to January 27, 2016, for filing of the Appellant's Petition for Discretionary Review.

Respectfully submitted,

ANGELA MOORE
SBOT # 14320110
310 S. St. Mary's Suite 1830
San Antonio, Texas 78205
210-227-4450 Office
210-844-1040 Fax
amoorelaw2014@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion for Extension has been delivered to the Bexar County District Attorney's Office, 300 Dolorosa, San Antonio, Texas 78205, on December 28, 2015.

ANGELA J. MOORE